[No. 48051-1-I. Division One. February 4, 2002.]

CLARA KEIL, *Plaintiff*, v. DUANE SCHOLTEN, ET AL., *Appellants*, FIRST AMERICAN TITLE INSURANCE COMPANY, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 95-2-01439-5, Steven J. Mura, J., entered December 1, 2000. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Schindler, J., concurred in by Baker and Ellington, JJ.

[No. 21740-6-II. Division Two. February 20, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS L. FARRON, *Appellant*.

Appeal from a judgment of the Superior Court for Jefferson County, No. 96-1-00105-3, Thomas J. Majhan, J., entered February 21, 1997. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Armstrong, C.J., concurred in by Seinfeld and Quinn-Brintnall, JJ.

[No. 26132-4-II. Division Two. February 20, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL THOMAS GUTIERREZ, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 99-1-05744-1, Karen L. Strombom, J., entered May 26, 2000. *Affirmed in part* and *remanded* by unpublished opinion per Seinfeld, J., concurred in by Morgan and Bridgewater, JJ.